2008-92753
FILED
August 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002024810

Rabin J. Pournazarian, State Bar No. 186735
**Price Law Group, APC**
15760 Ventura Blvd, Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtors
Marcus & Gladys Whitten

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA-MODESTO DIVISION

In re:

**MARCUS WHITTEN
& GLADYS BOMAN-WHITTEN,**

Debtors.

Case Number: 08-92753-A-13G
Chapter 13
Docket Control No.: PLG-4

Date: June 1, 2009
Time: 2:00 pm
Place: 1200 I Street, Suite 4
Modesto, CA

## ORDER GRANTING MOTION FOR CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN FILED ON FEBRUARY 24, 2009

The second modified Chapter 13 plan of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors' plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT **IS ORDERED** that the second modified plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.  The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

2.  The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3.  The debtors shall appear in court whenever notified to do so by the court.

///

RECEIVED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002024810

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $3,000.00 are approved, $626.00 of which was paid prior to the filing of the petition. The balance of $2,374.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

_____
Approved by the Chapter 13
Trustee as to form.

Dated: August 16, 2009

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge